

# NUMBER 13-23-00093-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FELICIANO JESUS JURADO CHEIN,                                   **Appellant,**

**v.**

TAENITE REO LLC,                                              **Appellee.**

### On appeal from the County Court at Law No. 8
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Benavides

On March 2, 2023, appellant filed a notice of appeal. On March 23, 2023, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. The Clerk of this Court also notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. TEX. R.

APP. P. 42.3(c). On the same date, the Clerk of the Court instructed appellant to complete a return the appellant's docketing statement.

Appellant has not paid the filing fee nor otherwise responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
6th day of July, 2023.